UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>    Plaintiff,<br>vs.<br><br>JBR REALTY COMPANY,<br>a Missouri Company,<br><br>    Defendant. | Case No. 4:17-cv-02323-JCH |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of finalizing the terms of their written agreement. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days once all parties have executed the agreement. The parties further request that the Court adjourn all upcoming hearings and deadlines.

Dated: January 22, 2018

Respectfully Submitted,

*/s/ Jeff S. Keech*
Jeff S. Keech, Esq.
MO Bar ID No.: 56100
LAW OFFICES OF JEFF KEECH
Chesterfield, Missouri 63017
Tel.: (314) 576-9989
Fax: (305) 891-4512
jeffkeech@yahoo.com

Respectfully Submitted,

*/s/ Allison E. Lee*
Allison E. Lee, 61626MO
William A. Brasher, 30155MO
One Metropolitan Square
211 N. Broadway, Ste. 2300
St. Louis, Missouri 63102
Tel: (314) 621-7700
Fax: (314) 621-1088
wbrasher@boylebrasher.com
alee@boylebrasher.com

*Attorneys for Defendant JBR Realty Company*

1

Brian T. Ku, Esq.
Bar ID No.: 610461FL
KU & MUSSMAN, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
brian@kumussman.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Allison E. Lee, 61626MO
William A. Brasher, 30155MO
One Metropolitan Square
211 N. Broadway, Ste. 2300
St. Louis, Missouri 63102

*/s/ Jeff S. Keech*
Jeff S. Keech, Esq.

2